Submitted on record and briefs September 1, conviction affirmed; remanded for resentencing September 30, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## BRUCE ANTHONY RUND,
*Appellant.*

(C900929CR; CA A70428)

837 P2d 563

Sally L. Avera, Public Defender, and Ingrid A. MacFarlane, Deputy Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and De Muniz, Judge.

PER CURIAM

**PER CURIAM**

The state concedes that the trial court erred in imposing a 5-year period of post-prison supervision. OAR 253-05-002(2)(c) prescribes a 3-year period in this case.

Conviction affirmed; remanded for resentencing.